UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF LAKE,<br><br>    Defendant. | Case No. 20-cv-06819-JST<br><br>**ORDER OF DISMISSAL** |

On September 30, 2020, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not paid the filing fee or filed an *in forma pauperis* application. ECF No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF No. 2. The deadline has passed, and Plaintiff has neither paid the filing fee nor an *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application, i.e., an *in forma pauperis* application on the proper form with the required supporting documents.

**IT IS SO ORDERED.**

Dated: January 14, 2021

_____
JON S. TIGAR
United States District Judge